**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Ivan Joseph ECCLES, Defendant–Appellant.**

**No. 09–14652**
**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

June 3, 2010.

Sylvia A. Irvin, Donna Lee Elm, Jacksonville, FL, for Defendant–Appellant.

Peter J. Sholl, United States Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Before BIRCH, MARTIN and KRAVITCH, Circuit Judges.

PER CURIAM:

Sylvia A. Irvin, counsel for Ivan Joseph Eccles, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Eccles's conviction and sentence are **AFFIRMED.**